IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No.: 14-cv-03485-CBS

WILLIAM D. HUGHES and KARLIN K. HUGHES
    Plaintiffs,
v.

JOHN W. BAER, M.D., and
UCH-MHS d/b/a UNIVERSITY OF COLORADO HEALTH MEMORIAL HOSPITAL NORTH,
    Defendants.

## ORDER OF PARTIAL DISMISSAL

The court having reviewed the Stipulated Motion to Dismiss All Claims Against John W. Baer, M.D. with Prejudice and being fully advised of the premises,

IT IS ORDERED that all claims brought by Plaintiffs against Defendant John W. Baer, M.D. are dismissed with prejudice and Defendant John W. Baer. M.D. is dismissed from this civil action, with the parties to bear their own attorney fees and costs.

Dated at Denver, Colorado this 20th day of November, 2015.

                                                BY THE COURT:

                                                s/Craig B. Shaffer
                                                United States Magistrate Judge