IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No.: 14-cv-03485-CBS

WILLIAM D. HUGHES and KARLIN K. HUGHES
    Plaintiffs,
v.

UCH-MHS d/b/a UNIVERSITY OF COLORADO HEALTH MEMORIAL HOSPITAL NORTH,
    Defendant.

---

ORDER OF DISMISSAL

---

The court having reviewed the Stipulated Motion to Dismiss All Claims Against UCH-MHS d/b/a University of Colorado Health Memorial Hospital North with Prejudice and being fully advised in the premises,

IT IS ORDERED that all claims brought by Plaintiffs against Defendant UCH-MHS d/b/a University of Colorado Health Memorial Hospital North are dismissed with prejudice, with the parties to bear their own attorney fees and costs. As no Defendants remain in the case, this civil action is also dismissed with prejudice.

Dated at Denver, Colorado this 2nd day of December, 2015.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge